## **STATEMENT OF FACTS**

On or about December 5, 2013, officers with the Metropolitan Police Department executed a D.C. Superior Court search warrant at xxx X Xxxxx, NW, Apt. 820, Washington, DC. Upon gaining entry, officers recovered a loaded Taurus .38 caliber handgun, a taser, a box .38 caliber ammunition, and $17,950 in U.S. Currency from a safe in the bedroom. Officers also recovered a loaded Ruger .380 caliber handgun, three zips containing a tan powder substance, approximately 31 grams of a tan powder substance, $2,010 in U.S Currency, $175 in U.S. Currency, drug paraphernalia, and mail matter in the defendant's name and address, from various locations throughout the apartment. Recovered from the defendant's pants pocket was $420 in U.S. Currency. A portion of the tan powder substance field tested positive for opiates. The defendant is the lessee of the apartment. A search of the defendant's vehicle revealed a bullet proof vest and plastic bags containing a powder residue. Officers placed the defendant under arrest. To the best of the undersigned officer's knowledge, defendant Ellis Jeffries, has previously been convicted of a crime punishable by imprisonment for a term exceeding one year in Arlington County, VA. Before filing this complaint, the officer reviewed at least one computer print-out of the defendant's criminal history and it showed that the defendant had been convicted of such crime. He wrote his initials on the computer print-out that he reviewed, so that he would recognize it again in the future. To the best of this officer's knowledge, there are no Ruger .380 caliber or Taurus .38 caliber handguns nor ammunition manufactured in the District of Columbia.

_____
CHRISTOPHER SMITH
METROPOLITAN POLICE DEPARTMENT

SWORN AND SUBSCRIBED BEFORE ME ON THIS \_\_\_\_\_ DAY OF DECEMBER, 2013.

_____
U.S. MAGISTRATE JUDGE